JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DEXTER P. WILLIAMS, | ) NO. CV 16-3334-JAK (KS) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARREN L. MONTGOMERY, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: SEP 2 5 2017.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE